David C. O'Mara, Esq.
Nevada State Bar No. 8599
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89051
Telephone: (775) 323-1321
Facsimile: (775) 323-4082

Robert V. Prongay
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GALECTIN THERAPEUTICS INC. SECURITIES LITIGATION, | Consolidated Civil Action No. 3:14-cv-00399-RCJ<br><br>**MOTION OF MICHELE MINNICK AND DALE SZYMANSKI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** |

Plaintiffs Michele Minnick and Dale Szymanski ("Movants") hereby move this Court, for an order (a) appointing Movants as lead plaintiff in the above-captioned action, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (b) approving their selection of Glancy Binkow & Goldberg LLP and Rigrodsky & Long, P.A. as co-lead counsel for the proposed class.

Movants seek appointment as lead plaintiff and approval of their selection of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure and the PSLRA. This motion is based on this notice, the attached memorandum of points and authorities, the declaration of David C. O'Mara, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED: September 29, 2014                    Respectfully submitted,

                                                                **THE O'MARA LAW FIRM, P.C.**

By:   *s/ David C. O'Mara*
David C. O'Mara, Esq.
Nevada State Bar No. 8599
311 E. Liberty Street
Reno, Nevada 89051
Telephone: (775) 323-1321
Facsimile: (775) 323-4082

*Proposed Liaison Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel.: (516) 683-3516
Fax: (302) 654-7530
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com

*Attorneys for Plaintiffs and
Proposed Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The O'Mara Law Firm, P.C., 311 E. Liberty Street, Reno, Nevada 89501, and on this date I caused to be electronically filed the foregoing with the Clerk of Court using ECF.

Accordingly, I also certify that the foregoing are being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: September 29, 2014.

/s/ Valerie Weis
VALERIE WEIS