**Fw: Transferred case has been opened**
Daniel Morgan to: Daniel Morgan 01/07/2015 03:38 PM

From: ganddb_efile_notice@gand.uscourts.gov
To: InterdistrictTransfer_NVD@nvd.uscourts.gov
Date: 01/06/2015 05:36 AM
Subject: Transferred case has been opened

CASE: 3:14-cv-00399

DETAILS: Case transferred from Nevada
has been opened in Northern District of Georgia
as case 1:15-cv-00029, filed 01/06/2015.